Steven SZAREWICZ, and Other
Similarly Situated Pennsyl-
vanians, Appellant

v.

Governor Edward RENDELL, and
Former Governor Thomas
Ridge, Appellees.

Supreme Court of Pennsylvania.

Aug. 18, 2008.

## ORDER

PER CURIAM.

**AND NOW,** this 18th day of August, 2008, the order of the Commonwealth Court is hereby **AFFIRMED.**

Jurisdiction relinquished.